729 A.2d 1123

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jeffry L. KIBE, Petitioner.**

**No. 0216 Middle District Allocatur 1996.**

Supreme Court of Pennsylvania.

June 11, 1999.

Timothy L. Clawges, Mechanicsburg, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 11th day of June 1999, the Respondent, Commonwealth of Pennsylvania's application for reargument is granted. It is further ordered that this Court's order of March 27, 1998 is vacated and the petition for allowance of appeal is denied.